| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____  Chapter  **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name** — Republic Metals Corporation

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)** — 59-2024378

4. **Debtor's address**

   **Principal place of business**
   12900 N.W. 38th Ave.
   Miami, FL 33054
   Number, Street, City, State & ZIP Code

   Miami-Dade
   County

   **Mailing address, if different from principal place of business**
   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)** — https://www.republicmetalscorp.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Republic Metals Corporation**  Case number (*if known*) _____
     Name

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __3314__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply:*

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.

   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No

    ■ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | **See Attachment** | Relationship | |
    |---|---|---|---|
    | District | | When | Case number, if known |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor   **Republic Metals Corporation**                                          Case number (*if known*)
         Name

**11. Why is the case filed in this district?**   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
■ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Republic Metals Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 2, 2018**
                         MM / DD / YYYY

X **/s/ Scott Avila**                                    **Scott Avila**
Signature of authorized representative of debtor         Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Susan F. Balaschak**                        Date **November 2, 2018**
Signature of attorney for debtor                              MM / DD / YYYY

**Susan F. Balaschak**
Printed name

**Akerman LLP**
Firm name

**666 Fifth Avenue
20th Floor
New York, NY 10103**
Number, Street, City, State & ZIP Code

Contact phone **(212) 880-3800**        Email address **susan.balaschak@akerman.com**

**SB 1901 NY**
Bar number and State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

| Debtor | Republic Metals Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

Fill in this information to identify your case:

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (*if known*) _____    Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Republic Carbon Company, LLC** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Southern District of New York** | When | **11/02/18** | Case number, if known | **18-**_____ |
| Debtor | **Republic Metals Refining Corporation** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **11/02/18** | Case number, if known | **18-**_____ |

RESOLUTION NO. 2018 – 10/18/18

A RESOLUTION OF THE BOARD OF DIRECTORS OF REPUBLIC METALS CORPORATION AUTHORIZING SCOTT AVILA, AS CHIEF RESTRUCTURING OFFICER, TO FILE A PETITION FOR BANKRUPTCY RELIEF FOR REPUBLIC METALS CORPORATION; PROVIDING AN EFFECTIVE DATE; AND FOR OTHER PURPOSES

WHEREAS, on July 12, 2018, Republic Metals Corporation (the "Company") resolved to employ and retain Scott Avila ("Avila") as its Chief Restructuring Officer ("CRO") and Paladin Management Group LLC (to include its predecessor in interest, "Paladin") as its Financial Advisor, and granted Avila and Paladin authority and control over all restructuring transactions and decisions related to the Company (the "Initial Engagement"); and

WHEREAS, on October 15, 2018, the Company resolved to expand the scope of the Initial Engagement; and

WHEREAS, the undersigned comprise all Directors of the Company.

NOW, THEREFORE, BE IT RESOLVED BY THE BOARD OF DIRECTORS OF REPUBLIC METALS CORPORATION that:

Section 1. The above recitals are true and correct and incorporated herein by reference.

Section 2.    In the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company, and such subsidiaries of the Company as Avila deems appropriate in his business judgment, in the United States Bankruptcy Court for the Southern District of New York in New York County, NY (the "Bankruptcy Court"), seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought, and Avila is authorized to sign and file such petition (the "Bankruptcy Case") on Sunday October 21, 2018 or such date thereafter as Avila deems appropriate in his business judgment.

46726782;1

Section 3. The Board of Directors of the Company delegates to Avila as CRO the power and authority to approve or take any and all actions that Avila deems reasonable, advisable, expedient, convenient, necessary, or proper with respect to the Company related to or arising in the Bankruptcy Case.

Section 4. Avila is hereby authorized, on behalf of and in the name of the Company, to execute and file schedules, lists and other papers and to take any and all actions which he may deem necessary or proper in the aforesaid Bankruptcy Case.

Section 5. The law firm of Akerman LLP is employed under a general retainer as attorneys for the Company in the Bankruptcy Case as bankruptcy and general corporate counsel and for all other relevant purposes.

Section 6. Paladin Management Group, LLC is employed under a general retainer as financial advisors for the Company in the Bankruptcy Case and for all relevant purposes.

Section 7. Avila is authorized and empowered on behalf of and in the name of the Company, to retain and employ other attorneys, accountants, restructuring professionals, financial advisors and other professionals to assist the Company in connection with the Bankruptcy Case on such terms as are deemed necessary, proper or desirable.

Section 8. Avila is hereby authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record and/or perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in their judgment, necessary, proper or desirable to prosecute the Bankruptcy Case and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

Section 9. Any and all past actions heretofore taken by Avila as CRO in the name of and on behalf of the Company, in furtherance of any or all preceding resolutions be, and the same hereby are, ratified, approved, and adopted.

Section 10. This Resolution No. 2018 – 10/18/2018 shall be effective as of the date below.

DATED the 18th day of October, 2018.

_____
Jason R. Rubin, Director

_____
Rose Rubin, Director

_____
Lindsey Rubin, Director

# United States Bankruptcy Court
## Southern District of New York

In re  **Republic Metals Corporation**  
Debtor(s)

Case No. _____  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Republic Metals Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**November 2, 2018**  
Date

/s/ Susan F. Balaschak  
**Susan F. Balaschak**  
Signature of Attorney or Litigant  
Counsel for **Republic Metals Corporation**  
**Akerman LLP**  
**666 Fifth Avenue**  
**20th Floor**  
**New York, NY 10103**  
**(212) 880-3800 Fax:(212) 880-8965**  
**susan.balaschak@akerman.com**

# United States Bankruptcy Court
## Southern District of New York

In re    **Republic Metals Corporation**                                    Case No. _____
                              Debtor(s)                                     Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amended and Restated Richard Rubin Revocable Trust**<br>**12900 NW 38th Ave**<br>**Opa Locka, FL 33054** | | | **owns 100% of the stock** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 2, 2018**                    Signature    **/s/ Scott Avila**
                                                              **Scott Avila**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name: Republic Metals Refining Corporation, et al.

United States Bankruptcy Court for the: Southern District of New York

Case number (if known): 18-_____

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis      12/15

A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | LAURELTON SOURCING LLC<br>15 SYLVAN WAY<br>PARSIPPANY NJ 07834 | MARY MESSIER<br>Jonathan.Henry@Tiffany.com<br>Tel: 401-288-0160 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $17,151,165.21 |
| 2 | Coeur Mexicana SA de CV<br>Ave. Valle Escondido # 5500-401 /<br>Fracc. Desarrollo el Saucito<br>Chihuahua 31125<br>Mexico | edchavez@coeur.com.mx<br>Tel: (312) 489-5800 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $9,666,381.55 |
| 3 | Sumitomo<br>300 MADISON AVENUE<br>NEW YORK NY 10017 | DANIEL IZZO<br>back@scgcuk.com<br>Tel: (212) 207-0535 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $8,790,000.00 |
| 4 | ERIE MANAGEMENT PARTNERS<br>348 HARRIS HILL RD<br>WILLIAMSVILLE NY 14221 | MITCHELL T LEVINE<br>mitchlevine@adelphia.net;<br>kmilitello@rochester.rr.com<br>Tel: (716) 866-6760 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $6,038,258.55 |
| 5 | ESTELAR RESOURCES LIMITED S.A.<br>ROYAL BANK PLANZA NORTH TOWER<br>200 BAY STREET STE 2200<br>TORONTO ON M5J 2J3<br>CANADA | PAUL BUCHANAN<br>paul.buchanan@yamana.com<br>Tel: (416) 815-0220 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $6,020,013.11 |
| 6 | PREMIER GOLD MINES LIMITED<br>1100 RUSSELL STREET<br>SUITE 200<br>THUNDER BAY ON P7B 5N2<br>CANADA | STEVE FILIPOVIC<br>ap@premiergoldmines.com<br>Tel: (807) 346-1390 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $5,456,155.60 |
| 7 | PRIMERO EMPRESA MINERA S.A. DE C.V.<br>AQUILES SERDAN 1157 COL.<br>CENTRO<br>DURANGO CP 34000<br>Mexico | PATSY MONTENEGRO<br>pmontenegro@firstmajestic.com<br>Tel: (618) 827-9070 X1129 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $5,018,451.24 |

Debtor    **Republic Metals Refining Corporation, et al.**                                    Case number *(if known)* **18-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | S & S METAL GROUP<br>Av. Pedro Henriquez Ureña, No.138<br>Torre Empresarial Reyna II, Suite 304<br>La Esperilla<br>Dominican Republic | JHEAN SANCHEZ<br>info@ssmetalgroup.com<br>Tel: +1 809-534-5991 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $4,659,538.83 |
| 9 | MINERA SANTA CRUZ S.A.<br>AVENIDA SANTA FE 2755 PISO 9<br>BUENOS AIRES C14Z5BGC<br>Argentina | SERGIO RENARD<br>daniella.laguna@hocplc.com;<br>commercial.hoc+noreply@hocplc.com<br>Tel: +54 11-4132-7900 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $4,573,113.59 |
| 10 | PRETIUM EXPLORATION INC<br>2300, 1055 DUNSMUIR STREET<br>VANCOUVER BC V7X 1L4<br>Canada | TOM YIP (COMPLIANCE OFFICER)<br>JSONG@PRETIVM.COM<br>Tel: 604-558-1784 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $4,079,000.00 |
| 11 | MINERA REAL DEL ORO S.A. DE C.V.<br>PLAZA SAN PEDRO NO. 113<br>DURANGO 34080<br>Mexico | DAVID A PONCZOCH<br>dave.ponczoch@argonautgold.com<br>Tel: (618) 837-1230 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $4,072,845.53 |
| 12 | KARKOUR FINE JEWELRY, INC<br>628 SOUTH HILL STREET<br>LOS ANGELES CA 90014 | SIMON SIMONIAN<br>ssimonsezz@aol.com<br>Tel: (213) 627-3771 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $3,900,000.00 |
| 13 | MINERA TRITON ARGENTINA S.A.<br>CORDOBA 836 7TH<br>BUENOS AIRES C1054AAU<br>Argentina | MARIANO PETRALLI<br>mpetralli@pasargentina.com<br>Tel: 011-54 (115) 533-8700 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $3,558,929.59 |
| 14 | GEIB REFINING CORPORATION<br>399 KILVERT STREET<br>WARWICK RI 02886 | KENNETH WIGHTMAN<br>paula@geibrefining.com<br>Tel: (401) 738-8560 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $3,523,659.94 |
| 15 | MIDWEST REFINERIES<br>4471 FOREST AVE<br>WATERFORD MI 48328 | GARY FRENKEL<br>megacollector@yahoo.com<br>Tel: (248) 674-7305 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $3,523,046.65 |
| 16 | COEUR ROCHESTER<br>PO BOX 1057 I80<br>LOVELOCK NV 89419 | metalsales@coeur.com<br>Tel: (312) 489-5800 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $3,301,965.77 |
| 17 | EZ PAWN<br>1901 CAPITAL PARKWAY<br>AUSTIN TX 78746 | AARON S. BARRETT<br>aaron_barrett@ezcorp.com<br>Tel: (512) 314-3400 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $2,837,255.70 |
| 18 | MINERA SANTA RITA, S.R.L. DE C.V.<br>Calle de los Pimas No 81<br>Colonia-Parque Industrial<br>HERMOSILLO, SONORA 83299<br>Mexico | Francisco Javier Hernandez<br>grace.tang@alamosgold.com<br>Tel: +52 662-217-3707 | Trade Debt | ☐ C<br>☑ U<br>☐ D | | | $2,738,338.80 |

Official Form 204            **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**            Page 2

Debtor    **Republic Metals Refining Corporation, et al.**                                    Case number *(if known)* **18-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | SO ACCURATE GROUP, INC 31-00 47TH AVE 5TH FLOOR STE 503 LONG ISLAND CITY NY 11101 | LARRY WILSON lwilson@soaccurate.com Tel: (800) 999-2209 | Trade Debt | ☐ C ☑ U ☐ D | | | $2,109,617.49 |
| 20 | MID-STATES RECYCLING 1841 BUSSE HIGHWAY DES PLAINES IL 60016 | GARY DOLINKO garyd@midstatesrecycling.com Tel: (800) 551-0083 | Trade Debt | ☐ C ☑ U ☐ D | | | $1,814,399.30 |
| 21 | Nusantara de México, S.A. de C.V. MARIANO ESCOBEDO No. 476 Col. Nueva Anzures, Del Mexico DF 11590 Mexico | RAYMON POLMAN mani@firstmajestic.com Tel: (604) 688-3033 | Trade Debt | ☐ C ☑ U ☐ D | | | $1,727,772.72 |
| 22 | COMPANIA MINERA PITALLA S.A. DE C.V. Blvd. Carlos Quintero Arce No. 24 B HERMOSILLO, SONORA 83247 Mexico | David A Ponczoch dave.ponczoch@argonautgold.com Tel: +52 662-136-8080 | Trade Debt | ☐ C ☑ U ☐ D | | | $1,536,827.17 |
| 23 | HORIZON METALS 5739 W. HOWARD ST NILES IL 68050 | bruce@horizonmetals.com Tel: (773) 478-8888 | Trade Debt | ☐ C ☑ U ☐ D | | | $1,402,622.64 |
| 24 | COMPANIA MINERA DOLORES, S.A. de C.V. AV. FERROCARRIL NO. 99 / PISO 1 LOCAL 1 DURANGO 03447 Mexico | Ignacio Couturier/Homero Adamecruz homero.adamecruz@panamericansilver.mx Tel: +52 618-128-0709 | Trade Debt | ☐ C ☑ U ☐ D | | | $1,250,470.89 |
| 25 | OXIDOS DE PASCO SAC AV. MANUEL OLGUIN #375 URB LOS GRANADOS LIMA, SANTIGO DE SURCO 33 Peru | JUAN IGNACIO DE LA TORRE mkoehler@volcan.com.pe Tel: 1-1-511-416-7000 | Trade Debt | ☐ C ☑ U ☐ D | | | $1,191,572.57 |
| 26 | DON DAVID GOLD MEXICO S.A. DE C.V. CALLE DE LAS ROSAS NO. 339 COLONIA REFORMA, OAXACA DE JUAREZ 68050 Mexico | rickirvine@goldresourcecorp.com; johnlabate@goldresourcecorp.com Tel: (303) 320-7708 | Trade Debt | ☐ C ☑ U ☐ D | | | $686,000.00 |
| 27 | GENERAL REFINING AND SMELTING CORPORATION 59 MADISON AVE HEMPSTEAD NY 11550 | PETER SPERA ketty.ruiz@yahoo.com; mspera83@gmail.com Tel: (516) 538-4747 | Trade Debt | ☐ C ☑ U ☐ D | | | $600,312.84 |
| 28 | EXPORT GOLD S.A. Parque Industrial Chacallut - Local 3 Arica Chile | gerencia@exportgold.com | Trade Debt | ☐ C ☑ U ☐ D | | | $514,775.82 |
| 29 | QML, INC 272 FERRIS AVE EAST PROVIDENCE RI 09216 | BRIAN BUDOVSKY manderson@qml.us Tel: (401) 490-4555 | Trade Debt | ☐ C ☑ U ☐ D | | | $508,896.32 |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims          Page 3

Debtor **Republic Metals Refining Corporation, et al.**  Case number *(if known)* **18-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 | WHARF RESOURCES (USA), INC 10928 WHARF ROAD LEAD SD 57754 | COURTNEY LYNN metalsales@coeur.com Tel: (312) 489-5846 | Trade Debt | ☐ C ☑ U ☐ D | | | $486,383.75 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims        Page 4

| Fill in this information to identify the case and this filing: |
|---|
| Debtor name: Republic Metals Refining Corporation, et al. |
| United States Bankruptcy Court for the: Southern District of New York |
| Case number (if known): 18-_____ |

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* ____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/02/2018
              MM/DD/YYYY

X /s/ Scott Avila
Signature of individual signing on behalf of debtor

Scott Avila
Printed name

Chief Restructuring Officer
Position or relationship to debtor